UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  CASTLEBERRY, DOUGLAS EZRA<br>CASTLEBERRY, FANNIE MAE<br>WHITE, FANNIE M  Debtor(s) | CASE NO. 09-23360 JPK |

### NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1. I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3. Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4. Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

| | |
|---|---|
| DATED:       May 19, 2011 | By: /s/ Stacia L. Yoon<br>STACIA L. YOON, TRUSTEE #16933-53<br>Genetos Retson & Yoon LLP<br>8585 Broadway, Suite 480<br>Merrillville, IN 46410<br>Telephone: (219) 755-0401<br>bankruptcy@grymlaw.com |

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Christopher R. Schmidgall, bankruptcy@garryaweiss.com
Regular Mail:
CASTLEBERRY, DOUGLAS EZRA, 1805 W. 20TH AVE., GARY, IN 46404
CASTLEBERRY, FANNIE MAE, 1805 W. 20TH AVE., GARY, IN 46404
Credit Management, 4200 International Parkway, Carrolton, TX 75007
Dalal Medical, 5825 Broadway, Suite B, Merrillville, IN 46410
Emergency Med Srvs, P.O. Box 5168, Hinsdale, Il 60522
LCA, P.O. Box 2240, Burlington, NC 27216
Munster Radiology, 9201 Calumet Avenue, Munster, IN 46321
NWI Pathology Consult PC, 9201 Calumet Avenue, Munster, IN 46321
Publishers Clearing House, P.O. Box 26305, Lehigh Valley, PA 18002
SBC, 9201 Calumet Avenue, Munster, IN 46321
St. Catherine Hospital, 9201 Calumet Avenue, Munster, IN 46321

Printed: 05/17/11 08:32 AM

# Claims Distribution Small Checks

Page: 1

Trustee: Stacia L. Yoon, Chapter 7 Trustee  (340450)

Case: 09-23360 - CASTLEBERRY, DOUGLAS EZRA

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 92002049522666 | 115 | 05/17/11 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $21.27 |
| | | 6 | 12/09/10 | 620 | Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007 | 240.00 | 240.00 | 4.12 | 4.12 |
| | | 7 | 12/09/10 | 620 | Dalal Medical<br>5825 Broadway<br>Suite B<br>Merrillville, IN 46410 | 120.59 | 120.59 | 2.07 | 2.07 |
| | | 8 | 12/09/10 | 620 | Emergency Med Srvs<br>PO Box 5168<br>Hinsdale, IL 60522 | 249.00 | 249.00 | 4.27 | 4.27 |
| | | 12 | 12/09/10 | 620 | LCA<br>PO Box 2240<br>Burlington, NC 27216 | 24.72 | 24.72 | 0.42 | 0.42 |
| | | 15 | 12/09/10 | 620 | Munster Radiology<br>9201 Calumet Ave<br>Munster, IN 46321 | 11.80 | 11.80 | 0.20 | 0.20 |
| | | 16 | 12/09/10 | 620 | NWI Pathology Consult PC<br>9201 Calumet Ave.<br>Munster, IN 46321 | 82.00 | 82.00 | 1.41 | 1.41 |
| | | 18 | 12/09/10 | 620 | Publishers Clearing House<br>PO Box 26305<br>Lehigh Valley, PA 18002 | 49.44 | 49.44 | 0.85 | 0.85 |
| | | 20 | 12/09/10 | 620 | SBC<br>9201 Calumet Ave<br>Munster, IN 46321 | 206.98 | 206.98 | 3.55 | 3.55 |
| | | 21 | 12/09/10 | 620 | St, Catherine Hospital<br>9201 Calumet Ave<br>Munster, IN 46321 | 255.14 | 255.14 | 4.38 | 4.38 |

(*) Denotes objection to Amount Filed